STATE v. MARRERO-ALDAMA

No. 157P86.

Case below: 79 N.C. App. 571.

Petition by defendant for writ of supersedeas and temporary stay allowed 20 March 1986.

STATE v. MARTIN

No. 29P86.

Case below: 78 N.C. App. 223.

Petition by defendant for discretionary review under G.S. 7A-31 denied 5 March 1986.

STATE v. MOORE

No. 25A86.

Case below: 78 N.C. App. 77.

Motion by the State to dismiss appeal for lack of substantial constitutional question allowed as to issues not included in the dissenting opinion in the Court of Appeals 12 March 1986. Petition by defendant for discretionary review of additional issues pursuant to G.S. 7A-31 and Appellate Rule 16(b) allowed as to the issue of whether defendant's youth should have been found to be a mitigating factor 12 March 1986.

STATE v. RATHBONE

No. 27P86.

Case below: 78 N.C. App. 58.

Petition by defendant for discretionary review under G.S. 7A-31 denied 5 March 1986.

STATE v. SMITH

No. 16P86.

Case below: 78 N.C. App. 223.

Petition by defendant for discretionary review under G.S. 7A-31 denied 5 March 1986. Motion by the State to dismiss appeal for lack of substantial constitutional question allowed 5 March 1986.